UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MICHAEL GANN,

                Defendant.

**SUPERSEDING INFORMATION**

S1 25 Cr. 331 (DEH)

## COUNT ONE
### (Possession of Ammunition After a Felony Conviction)

The United States Attorney charges:

1. From at least in or about May 2025 up to and including in or about June 2025, in the Southern District of New York and elsewhere, MICHAEL GANN, the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, to wit, four Winchester AA 12-gauge shotgun cartridges, which ammunition was in and affecting commerce.

(Title 18, United States Code, Section 922(g)(1).)

## COUNT TWO
### (Transportation of Explosive Materials)

The United States Attorney further charges:

2. From at least in or about May 2025 up to and including in or about June 2025, in the Southern District of New York and elsewhere, MICHAEL GANN, the defendant, not being a licensee or permittee under the provisions of Chapter 40 of Title 18 of the United States Code, knowingly transported, shipped, caused to be transported, and received, explosive materials, to wit, materials containing potassium perchlorate and aluminum powder.

(Title 18, United States Code, Sections 842(a)(3)(A) and 844(a).)

## FORFEITURE ALLEGATIONS

3. As a result of committing the offense alleged in Count One of this Information, MICHAEL GANN, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in or intended to be used in said offense, including but not limited to: four Winchester AA 12-gauge shotgun cartridges.

4. As a result of committing the offense alleged in Count Two of this Information, MICHAEL GANN, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 844(c) and 982(a)(2)(B), (i) any explosive materials involved or used or intended to be used in the commission of the offense; and (ii) any and all property constituting, or derived from, proceeds obtained directly or indirectly as a result of the offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

### Substitute Assets Provision

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 924;
Title 18, United States Code, Section 982;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

*Jay Clayton*
JAY CLAYTON
United States Attorney